**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**CEDAR RAPIDS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARGO ANN WILLIAMS,<br><br>Defendant. | CASE NO. 23-CR-64-LTS-MAR<br><br>NOTICE OF FILING<br>ADMITTED TRIAL EXHIBITS |

The following trial exhibit(s) are being filed on behalf of Plaintiff described as: Government exhibit(s) 1A, 4, 5, 8, 9, 9A, 15, 17C, 17D, 17F, 20B, 25A, 34, 42, 42A, 46, 47, 48A ~ 48N, 51, 52 in accordance with LR 83E(d). I certify that the attached exhibits are the originals offered during the trial.*

Respectfully submitted,

TIMOTHY T. DUAX
United States Attorney

By, */s/ Timothy L. Vavricek*

TIMOTHY L. VAVRICEK
Assistant United States Attorney
111 7th Avenue SE, Box 1
Cedar Rapids, Iowa 52401-2101
(319) 363-6333
(319) 363-1990 (Fax)
Tim.Vavricek@usdoj.gov

*Any audio/video or physical exhibits should be listed with a place holder document (e.g., a PDF with entitled: Exhibit B Stored on Clerk's Drive) and the description should indicate that such exhibit is stored on the clerk's drive, in clerk's vault, or returned and maintained by the offering party.