# APPLICATION AND CERTIFICATE FOR PAYMENT
AIA DOCUMENT G702

TO (OWNER): St Ludmila Catholic Church
211 21st Ave SW
Cedar Rapids, IA 52404

PROJECT: St. Ludmila Catholic Church
2107 J Street SW
Cedar Rapids, IA 52409

APPLICATION NO: 05
INVOICE NO: 002795
PROJECT NO: 54194
ARCHITECT PROJECT NO:
OWNER PO NO: 54194

Distribution to:
- [X] OWNER
- [ ] ARCHITECT
- [ ] LENDOR
- [ ] GENERAL CONTRACTOR
- [ ] CONSTRUCTION MANAGER
- [ ] OTHER

FROM: (CONTRACTOR) Michael J Svatosch
Garling Construction, Inc.
1120 11th Street
Belle Plaine, IA 52208

ARCHITECT:

CONTRACT DATE: 1/5/2023
FROM: 5/1/2023
TO: 5/31/2023

CONTRACT FOR: General Construction

## CONTRACTOR'S APPLICATION FOR PAYMENT

| Change Orders approved in previous months by Owner | | APPROVED | DEDUCTIONS |
|---|---|---|---|
| | Total | $21,314.51 | |
| Approved this Month | | | |
| Number | Date Approved | | |
| CO4 | 05/23/2023 | $22,974.11 | |
| | TOTALS | $22,974.11 | |
| Net change by Change Orders | | | $44,288.62 |

Application is made for Payment, as shown below, in connection with the Contract.
**Continuation Sheet, AIA Document G703,** is attached.

**1. ORIGINAL CONTRACT SUM** .................... $7,211,633.07
**2. Net change by Change Orders** .................... $44,288.62
**3. CONTRACT SUM TO DATE (Line 1 +- 2)** .................... $7,255,921.69
**4. TOTAL COMPLETED & STORED TO DATE** .................... $749,156.10
(Column I on G703)

**5. RETAINAGE:**
a. 5.00% of Completed Work (Column F + G on G703) $37,457.80
b. ______ of Stored Material (Column H on G703) ______
Total Retainage (Line 5a + 5b or Total in Column L of G703) .................... $37,457.80

**6. TOTAL EARNED LESS RETAINAGE** .................... $711,698.30
(Line 4 less Line 5 Total)

**7. LESS PREVIOUS CERTIFICATES FOR PAYMENT**
(Line 6 from prior Certificate).................... $245,631.33
**8. CURRENT PAYMENT DUE** .................... $466,066.97
**9. BALANCE TO FINISH, PLUS RETAINAGE** .................... $6,544,223.39
**(Line 3 less Line 6)**

The undersigned contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: Garling Construction, Inc.

BY: [signature] DATE: 5-30-23

**State of: IA**
Subscribed and sworn to before me this 30th day of May, 2023

Notary Public: [signature]

Amy Demeulenaere
Commission Number 751610
My Commission Expires
March 6, 2026

My Commission Expires: 3-6-26

## ARCHITECTS CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the above application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the **AMOUNT CERTIFIED**.

***AMOUNT CERTIFIED*** .................... $ 466,066.97
**Four Hundred Sixty Six Thousand Sixty Six Dollars and Ninety Seven Cents**

*(Attach explanation if amount certified differs from the amount applied for.)*

ARCHITECT:
By: [signature] Date: MAY 30, 2023

This certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

Government Exhibit 1A
Case 23-CR-64
Trial

# PARTIAL WAIVER AND RELEASE OF LIENS AND CLAIMS

In consideration of the payment by St Ludmila Catholic Church (the Owner) of $466,066.97 dollars, the Undersigned waives and releases, in accordance with and subject to the terms of this Partial Waiver and Release of Liens and Claims, "any and all lien rights which it may now have or may subsequently acquire under the laws of the State of or any other state or local government. This waiver and release relates to the Undersigned's work "under its Subcontract or Purchase Order with the Owner on the Project known as St Ludmila located in Cedar Rapids, IA. This waiver and release extends to any and all rights to claims, including bond claims against the Owners' surety, if any, or to claim a lien on the property and/or contract funds or against the Company, or the General Contractor, for any materials furnished or labor performed by us on the Property pursuant to the above-referenced Subcontract with the Owner on or before May 31, 2023, provided that payment for such materials furnished or labor performed has been made to the Undersigned by the Owner in accordance with our Applications for Payment # 1 - M45, previously submitted to the Owner. In addition, for and in consideration of the amount and sums received, the Undersigned hereby waives, releases and relinquishes any and all claims, rights of causes of action whatsoever arising out of or in the course of the work performed on the above-mentioned Project, Contract or event transpiring prior to the date hereof, excepting the right to receive payment for retainage. This Partial Waiver and Release of Liens and Claims does not waive or release any lien rights or rights to file a claim for any work performed or materials furnished to the Project by us after the date noted above.

| Subcontractor(typed) | | |
|---|---|---|
| Garling Construction, Inc. | | |
| Name(typed): Troy Pins | Title(typed): President | |
| Signature: [signature] | | Date(mo,day,yr): 5/30/2023 |

STATE OF IOWA

COUNTY OF BENTON

On this 30 day of May,2023 , before me personally appeared Troy Pins who being by me duly sworn, did depose and say that he is the President and is authorized to execute the above instrument.

(Seal)

Amy Demeulenaere
Commission Number 751610
My Commission Expires
March 6, 2026

Notary Public

[signature]