IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

UNITED STATES OF AMERICA, )
)
Plaintiff, )
v. ) No. 23-CR-64
)
MARGO ANN WILLIAMS, )
)
Defendant. )

**STIPULATION**

The parties hereby stipulate that, at all relevant times to this case, the deposits of Cedar Rapids Bank and Trust (CRBT), KeyBank, Homestreet Bank, First Interstate Bank, and The Bank of New York Mellon were each insured by the Federal Deposit Insurance Corporation.

BRADLEY R. HANSEN
Attorney for Defendant

MARGO ANN WILLIAMS
Defendant

TIMOTHY L. VAVRICEK
Attorney for the Prosecution

Government Exhibit 4
Case 23-CR-64 Trial