**Pennsylvania Department of State**
Bureau of Corporations and Charitable Organizations
PO Box 8722 | Harrisburg, PA 17105-8722
T:717-787-1057
dos.pa.gov/BusinessCharities

**TO ALL WHOM THESE PRESENTS SHALL COME, GREETING:**

MBCI & Evercorp LLC

I DO HEREBY CERTIFY THAT

the foregoing and annexed is a true and correct Index Report which appear of record in this department.

I, Albert Schmidt, Secretary of the Commonwealth of Pennsylvania, do hereby certify that the foregoing and annexed is a true and correct index report which appears of record in this department.

IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the Seal of my office to be affixed, the day and year above written.

**Albert Schmidt**
Secretary of the Commonwealth

Certificate No.: 041156827
Verify this certificate online at www.file.dos.pa.gov

Certificate Verification No.: 041156827 Date: 08/16/2024

Government Exhibit 5
Case 23-CR-64 Trial

Pennsylvania Department of State
Bureau of Corporations and Charitable Organizations
PO Box 8722 | Harrisburg, PA 17105-8722
T: 717.787.1057
dos.pa.gov/BusinessCharities

# Index Report

August 16, 2024

Examination of the indices in the Department of State on the above date show a Domestic Limited Liability Company entitled:

MBCI & Evercorp LLC

| | |
|---|---|
| Entity No.: | 0003617320 |
| Jurisdiction: | PENNSYLVANIA |
| With Address At: | Registered Agents Inc, 502 W 7TH STREET, SUITE 100 ERIE, PA 16502 |

Filing History:

| Date | Image No. | Filing |
|---|---|---|
| 01/13/2023 | B0506-1334 | Initial Filing |

Certificate Verification No.: 041156827 Date: 08/16/2024

# Pennsylvania Department of State

Bureau of Corporations and Charitable Organizations
PO Box 8722 | Harrisburg, PA 17105-8722
T:717-787-1057
dos.pa.gov/BusinessCharities

| | | | |
|---|---|---|---|
| Entity Name: | MBCI & Evercorp LLC | | |
| Jurisdiction: | PENNSYLVANIA | Issuance Date: | 08/16/2024 |
| Entity No.: | 0003617320 | Receipt No.: | |
| Entity Type: | Domestic Limited Liability Company | Certificate No.: | 041156928 |

Document Listing

| Image No. | Date Filed | Effective Date | Filing Description | No. of Pages |
|---|---|---|---|---|
| B0506-1334 | 01/13/2023 | 01/13/2023 | Initial Filing | 1 |

** **** ****** ******** End of list ******** ****** **** **

I, Albert Schmidt, Secretary of the Commonwealth of Pennsylvania, do hereby certify that the attached document(s) referenced above are true and correct copies and were filed in this office on the date(s) indicated above.

COMMONWEALTH OF PENNSYLVANIA • DEPARTMENT OF STATE •

IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the seal of my office to be affixed, the day and year above written

ALBERT SCHMIDT
Secretary of the Commonwealth

Verify this certificate online at www.file.dos.pa.gov

0003617320

B0506-1334 01/13/2023 7:07 AM Received by Pennsylvania Department of State

**COMMONWEALTH OF PENNSYLVANIA**
*Department of State*
*Bureau of Corporations and Charitable Organizations*
PO Box 8722
Harrisburg, Pennsylvania 17105-8722

**CERTIFICATE OF ORGANIZATION - LIMITED LIABILITY COMPANY**

Fee: $125

**Pennsylvania Department of State**

**-FILED-**

File #: 0003617320
Date Filed: 1/13/2023

**DSCB:15-8821 (rev. 2/2017)**

In compliance with the requirements of 15 Pa.C.S. § 8821 relating to certificate of organization), the undersigned desiring to organize a limited liability company, hereby certifies that:

Limited Liability Company Type

| | |
|---|---|
| Filing type | Domestic Limited Liability Company |
| Limited liability company subtype | Limited Liability Company |

Limited Liability Company Name

| | |
|---|---|
| Entity name | MBCI & Evercorp LLC |

Effective Date

The filing shall be effective when filed with the Department of State

Registered Office

The name of the commercial registered office provider and the county of venue is

Registered Agents Inc
Commercial Registered Office Provider

| | |
|---|---|
| Venue and Publication County | MONTGOMERY |

Organizers

| Name of individual or organization | Address |
|---|---|
| Margo Williams | 2828 BIRNEY AVE<br>SCRANTON, PA 18505-3130 |

Additional provisions, if any

Additional provisions

Electronic Signature

IN TESTIMONY WHEREOF, the organizer(s) has (have) executed this Certificate of Organization.

*Margo Williams* — *01/13/2023*

Margo Williams — Date

Certificate Verification No.: 041156928 Date: 08/16/2024