B0506-1334 01/13/2023 7:07 AM Received by Pennsylvania Department of State

**COMMONWEALTH OF PENNSYLVANIA**
*Department of State*
*Bureau of Corporations and Charitable Organizations*
PO Box 8722
Harrisburg, Pennsylvania 17105-8722

**CERTIFICATE OF ORGANIZATION - LIMITED LIABILITY COMPANY**

Fee: $125

**Pennsylvania Department of State**
**-FILED-**
File #: 0003617320
Date Filed: 1/13/2023

## DSCB:15-8821 (rev. 2/2017)

In compliance with the requirements of 15 Pa.C.S. § 8821 relating to certificate of organization), the undersigned desiring to organize a limited liability company, hereby certifies that:

Limited Liability Company Type

| | |
|---|---|
| Filing type | Domestic Limited Liability Company |
| Limited liability company subtype | Limited Liability Company |

Limited Liability Company Name

| | |
|---|---|
| Entity name | MBCI & Evercorp LLC |

Effective Date

The filing shall be effective when filed with the Department of State

Registered Office

The name of the commercial registered office provider and the county of venue is

Registered Agents Inc
Commercial Registered Office Provider

| | |
|---|---|
| Venue and Publication County | MONTGOMERY |

Organizers

| Name of individual or organization | Address |
|---|---|
| Margo Williams | 2828 BIRNEY AVE<br>SCRANTON, PA 18505-3130 |

Additional provisions, if any

Additional provisions

Electronic Signature

IN TESTIMONY WHEREOF, the organizer(s) has (have) executed this Certificate of Organization.

*Margo Williams* — *01/13/2023*

Margo Williams — Date

Government Exhibit 9
Case 23-CR-64
Trial