Pennsylvania Department of State
Bureau of Corporations and Charitable Organizations
PO Box 8722 | Harrisburg, PA 17105-8722
T: 717.787.1057
dos.pa.gov/BusinessCharities

January 13, 2023

Registered Agents Inc
1150 FIRST AVENUE, SUITE 511
KING OF PRUSSIA, PA 19406

| | |
|---|---|
| Entity Name: | MBCI & Evercorp LLC |
| Entity File Date: | January 13, 2023 |
| Entity Number: | 0003617320 |
| Filing Type: | Domestic Limited Liability Company |

The Bureau of Corporations and Charitable Organizations is happy to send your filed document. The Bureau is here to serve you and we would like to thank you for doing business in Pennsylvania.

Thank you for registering with the Department of State to do business in Pennsylvania. Like many other businesses, you may have employees, sell taxable products, or provide a taxable service to consumers in Pennsylvania. Please visit www.pa100.state.pa.us to register for business taxes with the Department of Revenue and the Department of Labor and Industry. You may also visit www.Business.pa.gov to find resources for businesses through all stages of development.

Government Exhibit 9A
Case 23-CR-64 Trial