10:12

Zoom
Notification
now

# Success!

Your transfer is on its way.

| | |
|---|---|
| Confirmation number | 236AM11557OZ3Y96 |
| From | Checking 7088....7088 |
| To | Checking 8724....8724 |
| Frequency | One time |
| Amount | $100,000.00 |
| Transaction date | Jun 10, 2023 |

Truist is creating meaningful change in our communities.

Done

Schedule another transfer

Government Exhibit 15
Case 23-CR-64
Trial