


Government Exhibit 17C
Case 23-CR-64 Trial