1:33

# The hold on your transfer was removed

Hi, Margo. Thanks for providing us with the information required to verify the following wire transfer from your CHECKING account. This transfer was sent.

## Wire Transfer Details

| | |
|---|---|
| Amount | 50,000.00 USD |
| Payee | Ledgerx L |
| Date | 06/15/2023 |
| Transfer Type | Domestic |
| Reference Number | 691657634298468 |

You can view the details and track the status of this transfer in the Citi Mobile® App or Citi® Online

Government Exhibit 17D Case 23-CR-64 Trial