1:04

The payee(s) on your account was updated

Hi, Margo. The following update(s) was made to the list of payees on your account.

## Payee(s) added:

- Gedraldine H

If you'd like to send money or make updates to a payee(s) on your account, you can simply visit the Citi Mobile® App or Citi® Online.

If you didn't make this change(s), please call us at 1-888-275-2484. For TTY: We accept 711 or other Relay Service.

Citi is at your side for all your financial needs.

Your Citi Team

Government Exhibit 17F Case 23-CR-64 Trial