9:16

to me

# Funds Available for Trading

Hello,

Your $50,000.00 transfer to LedgerX is now available for trading! If you have any questions, please refer to our Help Center or contact LedgerX support.

Start Trading!

**Sincerely**,

--The LedgerX Team

Government Exhibit 20B
Case 23-CR-64
Trial