4:16

Bank Transfer Received! Inbox

Crypto.com

to me

crypto.com

Dear Margo Williams ,

You have successfully transferred 50000.0 USD which has been credited to your balance . You may login to the Crypto.com App and check the details.

LOG IN NOW

If you have questions or concerns, kindly email us at contact@crypto.com. We are here to help.

Best regards,
The Crypto.com Team

crypto.com

Crypto.com | Blog | App | Exchange

Government Exhibit 25A
Case 23-CR-64
Trial

5:44
◄ Search

Fiat Wallet

TOTAL VALUE

$ 50,002.87 USD

Buy Crypto

Sell Crypto

Transfer

| | |
|---|---|
| $ USD | $50,002.87 USD |

+ Set Up New Currency

Today

| | |
|---|---|
| USD Deposit (via Wire Transfer) Processed | +$50,000.00 USD |

Fri, May 19

| | |
|---|---|
| USD → BTC Completed | $37,998.97 USD |
| USD Deposit (via Wire Transfer) Processed | +$38,000.00 USD |

Wed, May 10

| | |
|---|---|
| USD → BTC Completed | $5,000.47 USD |