KeyBank
Customer Disputes
NY-31-55-0228
555 Patroon Creek Blvd
Albany, NY 12206

Fax: 866.622.6394

August 10, 2023

MARTIK BROTHERS, INC.
6116 BROWNSVILLE ROAD EXT SUITE 101
FINLEYVILLE, PA 153324130

RE: *****7098

Dear MARTIK BROTHERS, INC.:

Your business is important to us and we are committed to providing you with excellent service. We have received your inquiry regarding the transaction(s) listed on the attached page.

We have completed our research and our records indicate that the transaction(s) processed properly. We found no errors or out of balance conditions, therefore, we are unable to make an adjustment to your account.

We thank you for your patience while we researched this matter. If you have any additional questions, or would like to request copies of the documentation we relied upon in making this determination, please feel free to contact us toll-free at 1-888-423-8757, (TTY/TDD: 1-800-539-8336 for our hearing impaired clients), Monday through Friday from 8:00 a.m. to 5:00 p.m. EST or email us at ACH_Disputes@Keybank.com.

Best Regards,

*Gaile K.*

Gaile K.

Client Resolution Specialist

Government Exhibit 34
Case 23-CR-64
Trial

©2018 KeyCorp. Keybank is a Member FDIC.
CFMA 180501 397454

| Tran Date | Tran Amount | Merchant Name |
|---|---|---|
| 07/12/2023 | $249829.20 | MARTIK BROTHERS |

107341-A00335-Doc21832634-2183263400.pdf-262.1b*

KEY0002183263401