
Margo Williams
November 2022 - July 2023
Duffy Construction
$51,665 Deposit
03/27/2023
Margo Williams @
JPMC Bank
Account Ending 0392
Opened 03/21/2023
Two Checks
Totaling $51,000
03/28-03/29/2023
Margo Williams @
Citizens Bank
Account Ending 1490
Opened 02/02/2023
Closed 04/20/2023
$51,050.67 Cashiers Check
Cleared 04/26/2023
Margo Williams @
Community Bank
Account Ending 4123
Opened 02/26/2014
Seafair Charitable Foundation
$38,625 Wire Transfer
05/11/2023
"Caravel Marketing"
TMB Alpha, LLC
$146,000 Check
Cleared 07/18/2023
Martik Brothers, Inc.
General Contractor
$249,829.20 ACH Deposit
07/13/2023
"Schlaegle Design Build"
Margo Williams @
Capital One, N.A.
Account Ending 0822
Opened 03/20/2023
Closed 07/28/2023
$97,000 Check
Cleared 07/21/2023
Judith M. Jones
Binance.com
Deposit Address:
19Q5xcRA6XfHTpcmt2YMhLYxBZbDkX1BBF
Subscriber: steveaustine454@yahoo.com
Alleged P2P Merchant
Gedraldine Hernandez @
Ally Bank
Account Ending 6593
Opened 03/28/2023
~0.65 BTC
06/24/2023
One ACH and Two Wires
$10,000, $30,000, and $9,800
04/28/2023, 05/02/2023, and
05/05/2023
$38,500 ACH Deposit
05/15/2023
$50,000 Wire Transfer
06/14/2023
Pershing Brokerage @
BNY Mellon
$25,000 ACH Deposit
12/02/2022
Margo Williams @
Wells Fargo Bank
Account Ending 2828
Opened 11/14/2022
Closed 12/21/2022 for 'Loss Prevention'
$24,000 Wire Transfer
12/05/2022
Margo Williams @
Citibank, N.A.
Account Ending 3398
Opened 11/08/2022
Three Wire Transfers
Each $50,000
06/16/2023, 06/21/2023,
and 06/22/2023
LedgerX LLC @
Customers Bank
Account Ending 0143
Opened 03/28/2023
(LedgerX LLC is a
trading platform, which
includes cryptocurrency)
St. Ludmila Catholic Church
Cedar Rapids, Iowa
@ Cedar Rapids Bank & Trust
$466,066.97 ACH Deposit
06/06/2023
"Inv002795... Garling Construction"
$211,000 ACH Deposit
06/06/2023
Four Wire Transfers
$30,000, $9,900, $5,000, and $38,000
05/02/2023, 05/03/2023, 05/10/2023, 05/19/2023
Also, two Wire Transfers
$50,000 and $2,000
07/06/2023 and 07/07/2023
~2.61 BTC
06/24/2023
MBCI & Evercorp LLC @
Truist Bank
Account Ending 7088
Opened 01/17/2023
(Sole Owner Margo Williams)
Two Transfers
$263,000 and $100,000
06/06/2023 and 06/12/2023
Margo Williams @
Truist Bank
Account Ending 8724
Opened 12/19/2022
Government
Exhibit
42
Case
23-CR-64
Trial
Margo Williams @
Community Federal Savings Bank
Account Ending 7937, or
Metropolitan Commercial Bank
Account Ending 4953
(Both associated with service
provider, Crypto.com)
Binance.com
Deposit Address:
145Ccqdvbvf6A4KzVAPaZ4s96D6XvUyYUw
Subscriber: Abdullah Fahad Chalya
DOB: 04-04-1993
Country: Pakistan
Passport: AH8179493