

Margo Williams
November 2022 - July 2023
Duffy Construction
$51,665 Deposit 03/27/2023
Margo Williams @ JPMC Bank Account Ending 0392 Opened 03/21/2023
Two Checks Totaling $51,000 03/28-03/29/2023
Margo Williams @ Citizens Bank Account Ending 1490 Opened 02/02/2023 Closed 04/20/2023
$51,050.67 Cashiers Check Cleared 04/26/2023
Margo Williams @ Community Bank Account Ending 4123 Opened 02/26/2014
Seafair Charitable Foundation
$38,625 Wire Transfer 05/11/2023 "Caravel Marketing"
TMB Alpha, LLC
$146,000 Check Cleared 07/18/2023
Martik Brothers, Inc. General Contractor
$249,829.20 ACH Deposit 07/13/2023 "Schlaegle Design Build"
Margo Williams @ Capital One, N.A. Account Ending 0822 Opened 03/20/2023 Closed 07/28/2023
$97,000 Check Cleared 07/21/2023
Judith M. Jones
Binance.com
Deposit Address:
19Q5xcRA6XfHTpcmt2YMhLYxBZbDkX1BBF
Subscriber: steveaustine454@yahoo.com
Alleged P2P Merchant
Gedraldine Hernandez @ Ally Bank Account Ending 6593 Opened 03/28/2023
~0.65 BTC 06/24/2023
One ACH and Two Wires $10,000, $30,000, and $9,800 04/28/2023, 05/02/2023, and 05/05/2023
$38,500 ACH Deposit 05/15/2023
$50,000 Wire Transfer 06/14/2023
Pershing Brokerage @ BNY Mellon
$25,000 ACH Deposit 12/02/2022
$24,000 Wire Transfer 12/05/2022
Three Wire Transfers Each $50,000 06/16/2023, 06/21/2023, and 06/22/2023
Margo Williams @ Wells Fargo Bank Account Ending 2828 Opened 11/14/2022 Closed 12/21/2022 for 'Loss Prevention'
Margo Williams @ Citibank, N.A. Account Ending 3398 Opened 11/08/2022
LedgerX LLC @ Customers Bank Account Ending 0143 Opened 03/28/2023 (LedgerX LLC is a trading platform, which includes cryptocurrency)
St. Ludmila Catholic Church Cedar Rapids, Iowa @ Cedar Rapids Bank & Trust
Four Wire Transfers $30,000, $9,900, $5,000, and $38,000 05/02/2023, 05/03/2023, 05/10/2023, 05/19/2023 Also, two Wire Transfers $50,000 and $2,000 07/06/2023 and 07/07/2023
$211,000 ACH Deposit 06/06/2023
~2.61 BTC 06/24/2023
$466,066.97 ACH Deposit 06/06/2023 "Inv002795... Garling Construction"
MBCI & Evercorp LLC @ Truist Bank Account Ending 7088 Opened 01/17/2023 (Sole Owner Margo Williams)
Two Transfers $263,000 and $100,000 06/06/2023 and 06/12/2023
Margo Williams @ Truist Bank Account Ending 8724 Opened 12/19/2022
Government Exhibit 42A Case 23-CR-64 Trial
Margo Williams @ Community Federal Savings Bank Account Ending 7937, or Metropolitan Commercial Bank Account Ending 4953 (Both associated with service provider, Crypto.com)
Binance.com
Deposit Address:
145Ccqdvbvf6A4KzVAPaZ4s96D6XvUyYUw
Subscriber: Abdullah Fahad Chalya
DOB: 04-04-1993
Country: Pakistan
Passport: AH8179493