11:13 5G

Complimentary Green Delivery and Collect-in-Store: Complete your looks with our Iconic Monogram Bags.

LOUIS VUITTON

0



M55801

Muria

$4,650.00

Colors Cream >

AA us.louisvuitton.com

Government Exhibit 46
Case 23-CR-64
Trial

11:15 5G

Complimentary Green Delivery and Collect-in-Store: Complete your looks with our Iconic Monogram Bags.

LOUIS VUITTON



M21006

Muria

$4,950.00

Notify Me

AA us.louisvuitton.com

10:26

Complimentary Green Delivery and Collect-in-Store: Complete your looks with our Iconic Monogram Bags.

LOUIS VUITTON



M57230

Since 1854 Neverfull MM

$2,570.00

Chat with an advisor

Material Monogram Jacquard Since 1854

AA us.louisvuitton.com