8:27

## Transaction Details

# -$2,965.88

APPLE.COM/US 800-676

Pending

| | |
|---|---|
| Transaction Date | 06/08/2023 |
| Transaction Type | Debit |

Government Exhibit
47
Case
23-CR-64
Trial