GOVERNMENT EXHIBITS

48A ~ 48N

STORED ON CLERK'S DRIVE