CHASE

PO Box 182051
Columbus, OH 43218-2051

**Questions?**
Chase.com
1-800-235-8522
We accept operator relay calls

02315 LAD 034 040 09123 NNNNNNNNNNNN LAD61
**MARGO WILLIAMS**
2828 BIRNEY AVE # 1
SCRANTON PA 18505-3130

April 01, 2023

Important: **To protect against potential fraud, we restricted your account and may close it soon**

Dear MARGO WILLIAMS:

At Chase, we're always working to keep your money safe. Due to recent activity, or because we need more information from you, we have restricted your account ending in 0392, and may close it soon. We understand this is inconvenient, but protecting against fraud is a top priority.

Please act quickly to better understand the restriction on your account – you may be able to provide information needed to keep it open.

**Here's what you should do**
Please call us at 1-800-235-8522 quickly to see if we can address the issue. We look forward to speaking with you. If we've already spoken and resolved this, you don't need to do anything else.

**While the account is restricted, here's what to expect**

- You can't withdraw money or make debit purchases.
- You won't be able to sign in to chase.com and Chase Mobile®.
- We may reject direct deposits and automatic payments, so please notify any companies that send or receive these transactions.
- We may not honor checks associated with the account.

If we close the account and there is a remaining balance, we'll send you a check by mail to the address on file. You should also destroy any checks and debit or ATM cards associated with the closed account.

We apologize for the inconvenience, and we urge you to contact us as soon as possible. Thank you for your prompt attention to this matter.

Sincerely,

Customer Support Team

Government Exhibit 51
Case 23-CR-64
Trial



JPMorgan Chase Bank, N.A. Member FDIC