Central Family Court &
Court of Protection

First Avenue House
42-49 High Holborn
Holborn, London
WC1V 6NP

12/03/2021

cfc/cp-ATROS/2021
Charlotte Frances Riley/Edward Thomas Hardy

# COURT AUTOMATIC TEMPORARY RESTRAINING ORDER

vis-à-vis the complaints arising from the union of Charlotte Frances Riley and Edward Thomas Hardy, as Husband and Wife. this honourable court hereby place a restraining order against both parties till a conclusive settlement plan is concluded by the court with the parties involved.

Custody of the kid involved in this union will be equally and mutually between both parents, and every other functions and authority over any party is hereby suspended.

By this, all sales of any belongings / materials is hereby denied of any party or both. Sale of Land, building, cars, Assets, Shares, or anything about the union of both parties is duly suspended till the conclussion of this case resulting to this order.

Defaulter may be arrested, fined or permanently loose-out from the Property as aforementioned in this union. All complaints and intended actions should, and must be forwarded first to this Honourable court for approval.

The Attorney of this Family and union, Mehul Desai, is hereby notified of the court's decision dated this day ......12th...... of ......March......, 20 21.

Section 233 and 2040 ATROS is not limited to divorce cases but also apply to legal separation actions and Nullity actions.
ATROS stays in effect until entry of the final judgment in the case.
The four standard mutual restraining orders are:
Removing your minor children from the state without the prior written consent of the other party or a court order. Family Code Section 2040.
Restraint from transferring, encumbering, hypothecating, concealing, or in any way disposing of any property, real or personal, whether community, quasi-community, or separate without the other party's written consent or court order. Family Code Section 2040.
Restraint from cashing, borrowing against, canceling, transferring, disposing of, or changing the beneficiaries of any insurance or other coverage, including life, health, automobile, and disability held for the benefit of the parties and their child for whom support may be orders. Family Code Section 2040.
Restraint from creating a non probate transfer or modifying a no probate transfer in a manner that affects the disposition of property subject to the transfer without the other party's written consent or court order. Family Code Section 2040.

12/03/2021

McFarlane Andrew

Sir Andrew McFarlane
*President*

First Avenue House,
42-49 High Holborn,
Holborn, London
WC1V 6NP

Government Exhibit 52
Case 23-CR-64 Trial