United States District Court
Northern District of Iowa
Exhibits Log: 23-cr-64
USA v. Williams, 9/9/2024

| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Pla-1 | emails re pmnt no 5 | No |
| Pla-1-A | pay application no 5 dated May 30 2023 with lien waiver | No |
| Pla-1-B | pmnt no 5 wiring instructions | No |
| Pla-2 | wire confirm on June 6 2023 to 7088 account Truist | No |
| Pla-3 | Garling email to Emergent re non pmnt June 27 2023 | No |
| Pla-4 | Stipulation re FDIC | No |
| Pla-5 | MBCI and Evercorp LLC No 3617320 | No |
| Pla-6 | BetterLegal Dashboard for MBCI and Evercorp LLC | No |
| Pla-7 | MBCI and Evercorp IRS EIN | No |
| Pla-7-A | MBCI and Evercorp LLC EIN | No |
| Pla-7-B | EIN Individual Request Online Application | No |
| Pla-8 | MBCI and Evercorp Operating Agreement | No |
| Pla-9 | MBCI and Evercorp Articles of Organization from BetterLegal | No |
| Pla-9-A | MBCI and Evercorp LLC Articles of Organization Ltr | No |
| Pla-10 | BetterLegal emails re MBCI and Evercorp | No |
| Pla-11 | 7088 accnt at Truist Signature Card dated Jan 17.2023 | No |
| Pla-12 | 7088 accnt at Truist June 30 2023 accnt statement | No |
| Pla-13 | 8724 accnt at Truist Signature Card Jan 17 2023 | No |
| Pla-14 | 8724 accnt at Truist June 30 2023 Account Statement | No |
| Pla-15 | Conf of 100K transfer from Truist 7088 to Truist 8724 | No |
| Pla-16 | Customer Info Margo WIlliams Citibank 3398 | No |
| Pla-16-A | Citibank Online | No |
| Pla-17 | Citibank 3398 acct stmnts for Nov 08 2022 thru July 31 2023 | No |
| Pla-17-A | 3398 Citibank Account Wire Detail | No |
| Pla-17-B | Outgoing Domestic Wire Transfer to Ledger X June 21 2023 | No |
| Pla-17-C | Outgoing Domestic Wire Transfer June 22 2023 | No |
| Pla-17-D | Hold Removed for Outgoing Domestic Wire Transfer to Ledger X June 15 2023 | No |
| Pla-17-E | Outgoing Domestic Wire Transfer to GH June 14 2023 | No |
| Pla-17-F | GH Added as Payee | No |
| Pla-18 | LedgerX Acct Info | No |
| Pla-19 | LedgerX Transaction Info | No |
| Pla-20 | LedgerX Corr and Submitted Docs | No |
| Pla-20-B | LedgerX Confirmation of Receipt of $50,000 from iPad | No |
| Pla-20-C | Corr with Ledger X Compliance June 29 2023 from iPad | No |
| Pla-21 | Incoming Wires for GH Ally 6593 Account_updated | No |
| Pla-23 | Crypto Account Information | No |
| Pla-24 | Crypto correspondence | No |
| Pla-25-A | Crypto account transfer 50K | No |
| Pla-26 | Customer info for Wells Fargo 2828 Account | No |

| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Pla-26-A | Wells Fargo review info from iPad | No |
| Pla-26-B | Wells Fargo Correspondence and detail | No |
| Pla-27 | Wells Fargo wire 12 5 2022 from WF 2828 acct to Citibank 3398 | No |
| Pla-28 | Dec and Jan 2022 Stmnt Wells Fargo Accnt 2828 | No |
| Pla-29 | Northwestern Mutual documents | No |
| Pla-31 | Capital One Checks | No |
| Pla-32 | Capital One docs from iPad | No |
| Pla-33 | Emails re Martik Brothers' $249,829.20 transfer to 0822 Capital One accnt | No |
| Pla-34 | KeyBank Letter to Martik Brothers | No |
| Pla-35 | Confirm of Transfer from Martik Brothers $249,829.20 to 0822 Capital One Accnt | No |
| Pla-36 | Emails re SeaFair $38,635 wire to 0822 Capital One accnt | No |
| Pla-37 | Citizens Signature Card for 1490 Citizens Accnt | No |
| Pla-38 | Citizens Bank Stmnts Feb 2 2023 to April 24 2023 and IP Log | No |
| Pla-39 | JP Morgan Chase records | No |
| Pla-39-A | Chase acct application business and your info MBCI and Evercorp | No |
| Pla-39-B | Duff Construction deposit into Chase 0392 accnt | No |
| Pla-40 | Community 4123 Account Signature Card | No |
| Pla-41 | Community 4123 Accnt May 25 2023 and Citizens Bank Check April 20 2023 | No |
| Pla-42-A | Margo Williams link chart | No |
| Pla-43 | Namecheap Registration | No |
| Pla-44 | Lackawanna College Adjunct Faculty Info Log | No |
| Pla-45 | College Transcripts | No |
| Pla-46 | Louis Vuitton Bags | No |
| Pla-47 | Apple Transaction Receipt | No |
| Pla-48-A | audio of intvw of Defendant 3 00 to 8 05 | No |
| Pla-48-B | audio of intvw of Defendant 9 32 to 10 30 | No |
| Pla-48-C | audio of intvw of Defendant 15 07 to 16 41 | No |
| Pla-48-D | audio of intvw of Defendant 20 43 to 22 38 | No |
| Pla-48-E | audio of intvw of Defendant 23 06 to 25 47 | No |
| Pla-48-F | audio of intvw of Defendant 29 27 to 29 46 | No |
| Pla-48-G | audio of intvw of Defendant 33 42 to 33 56 | No |
| Pla-48-H | audio of intvw of Defendant 40 35 to 41 32 | No |
| Pla-48-I | audio of intvw of Defendant 42 16 to 42 45 | No |
| Pla-48-J | audio of intvw of Defendant 43 42 to 44 14 | No |
| Pla-48-K | audio of intvw of Defendant 44 15 to 45 20 | No |
| Pla-48-L | audio of intvw of Defendant 45 20 to 45 58 | No |
| Pla-48-M | audio of intvw of Defendant 49 31 to 50 20 | No |
| Pla-48-N | audio of intvw of Defendant 57 06 to 57 48 | No |
| Pla-49 | Duffy documents | No |
| Pla-51 | Chase document | No |
| Pla-52 | Court Automatic Temporary Restraining Order | No |
| Def-A | Tom Hardy Photo from iPad | No |
| Def-B | Kevin Ford Profile and Photo | No |
| Def-C | Geraldine Hernandez Photo | No |

| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Def-D | Chalya Passport and Photo | No |
| Def-E | Ogbum Passport and Photo | No |
| Def-EE | Ibrahim Passport and Photo | No |
| Def-F | Searches from iPad Extraction | No |
| Def-G | Dr. Wang CV | No |
| Def-I-1 | Audio of Defendant's Interview | No |
| Def-I-2 | Audio of Defendant's Interview | No |
| Def-I-3 | Audio of Defendant's Interview | No |
| Def-J | Stipulation | No |

*[Signature]* 9/11/24

*[Signature]* 9.11.24